UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY WINTERS, | No. C 10-2826 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| GREG LEWIS, warden, | |
| Respondent. | |

Respondent has filed an ex parte request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Catherine Rivlin, the court GRANTS respondent's request. (Docket # 5, # 6.) Respondent must file and serve his response to the petition no later than **May 13, 2011**. Petitioner must file and serve his traverse no later than **June 17, 2011.**

IT IS SO ORDERED.

DATED: April 22, 2011

SUSAN ILLSTON
United States District Judge