United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HENRY WINTERS,   No. C 10-2826 SI (pr)

    Petitioner,   **ORDER EXTENDING DEADLINES**

  v.

GREG LEWIS, warden,

    Respondent.
                                      /

    Respondent has filed an ex parte request for a second extension of time of one week to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Catherine Rivlin, the court GRANTS respondent's request. (Docket # 8.) Respondent's answer filed on May 19, 2011 id deemed timely filed. Petitioner must file and serve his traverse no later than **July 1, 2011.**

    IT IS SO ORDERED.

DATED: May 24, 2011

                                                  SUSAN ILLSTON
                                          United States District Judge